AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>GERARDO CRUZ-HERNANDEZ<br><br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No. 15-101-M<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 14, 2014 _____ in the county of _____ Montgomery _____ in the

_____ Eastern _____ District of _____ Pennsylvania _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

On or about 10/14/14, defendant Gerardo Cruz-Hernandez did unlawfully travel in interstate commerce from Norristown, Pennsylvania, in the Eastern District of Pennsylvania, to Mexico to avoid prosecution for Rape of a Child, a crime of which is a felony under the laws of the Commonwealth of Pennsylvania.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Adam Sucheski, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/28/15

_____
*Judge's signature*

City and state: _____ Philadelphia, Pennsylvania _____

Honorable M. Faith Angell
*Printed name and title*

A F F I D A V I T

I, ADAM SUCHESKI, do depose and state as follows:

1.   I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for the past eight years. I have investigated burglaries, drug trafficking, art theft and fugitives among other crimes. I have been the Affiant for affidavits, in support of both search and arrest warrants.

2.   I am currently assigned to the investigation of Gerardo Cruz-Hernandez and his unlawful flight from the Commonwealth of Pennsylvania to avoid prosecution. The information contained in this affidavit is based on my personal knowledge and on information provided to me by the victim, other agents and law enforcement officers involved in this investigation as well as various public and private databases.

3.   The investigation into Cruz-Hernandez's crimes began on January 16, 2014 when the Norristown police department received a report of the ongoing sexual abuse of a minor, who was born in 1998. The minor victim disclosed to investigators that her stepfather, Gerardo Cruz-Hernandez had been sexually assaulting her since she was 12 years old.

4.   The mother of the minor victim indicated that her daughter confided in her that Cruz-Hernandez had forced her to have sexual intercourse with him. The mother later confronted Cruz-Hernandez who confirmed that he and the minor victim had engaged in sexual intercourse. Cruz-Hernandez threatened the minor victim and her mother with physical harm if they told the police about the abuse.

5.   The minor indicated that she was subjected to sexual abuse multiple times at their home or in a black Ford Expedition driven by Cruz-Hernandez.

6.   CRUZ-HERNANDEZ was charged by a Commonwealth of Pennsylvania criminal complaint on January 17, 2014 with multiple counts of Rape, Rape of a Child, Statutory Sexual Assault, Indecent Deviate Sexual Intercourse, Indecent Assault, Terroristic Threats, and Corruption of Minors. Attached hereto is a copy of the arrest warrant and criminal complaint filed by the Commonwealth of Pennsylvania.

7.   The Norristown Police department was unable to locate and arrest Cruz-Hernandez after the arrest warrant was issued for him. It was believed that Cruz-Hernandez had fled to Mexico.

8.   In October 2014, information was received that corroborated that Cruz-Hernandez had indeed fled to Mexico.

9.   On January 22, 2015, the Montgomery County District Attorney's Office advised that there is an active arrest warrant for Cruz-Hernandez and full extradition was authorized. The Assistant District Attorney confirmed that Cruz-Hernandez would be prosecuted for the various felony charges should he be located.

10.     Your Affiant asserts that there is probable cause to believe that Gerardo Cruz-Hernandez
        has fled the Commonwealth of Pennsylvania in violation of Title 18, U.S.C. Section
        1073, Unlawful Flight to Avoid Prosecution, and as such a warrant should be issued.


                                        Adam Sucheski
                                        Special Agent,
                                        Federal Bureau of Investigation




Sworn before me on this _____ 28 _____ day of January, 2015

Honorable M. Faith Angell
United States Magistrate Judge

01/18/2014 00:02 FAX                         district court 38-1-06                              ⌐0001/0013

COMMONWEALTH OF PENNSYLVANIA                               **Arrest Warrant**
COUNTY OF MONTGOMERY

|  |  |
|---|---|
| Mag. Dist. No. : MDJ-38-1-15 | Commonwealth of Pennsylvania |
| MDJ Name : Honorable Francis J. Lawrence Jr. | v. |
| Address : 200 West Main Street Norristown, PA 19401 | Gerardo Cruzs Hernandez |
| Telephone : 610-279-3332 | |

| | | | |
|---|---|---|---|
| Complaint No: | 14290 | Issued For: | Gerardo Cruzs Hernandez |
| Charging Officer: | Angelucci, James R | Docket No: | MJ-38115-CR-0000020-2014 |
| Arresting Agency: | Norristown Boro Police Dept | | |
| Case Filed: | 01/17/2014 | NCIC OFF: | |
| OTN: | T 422156-0 | OOC: | |
| Reason For Warrant: | Felony | WARRANT ID: | DIS703200696 |
| Offense Date: | 01/01/2010 | Warrant Control No: | 38115-AW-0000238-2014 |
| Lead Offense: | 18 § 3121 §§ A1 Rape Forcible Compulsion | | |

**TO THE OFFICER: James R Angelucci**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, Gerardo Cruz Hernandez, into custody. When the defendant is taken into custody, bring the defendant before me at the Court address shown above to answer the complaint charging the defendant with the offense(s) set forth above and further to be dealt with according to law.

Witness the hand and official seal of the issuing authority on this 17th day of January, 2014.

January 17, 2014

Date                          Magisterial District Judge Henry J. Schireson

# ORIGINAL







MJ-38115-CR-0000020-2014            38115-AW-0000238-2014            Gerardo Cruzs Hernandez

MDJS 417                                    1                        Printed: 01/17/2014 10:55:32PM

01/18/2014 00:03 FAX                    district court 38-1-06                    ☒0002/0013

Commonwealth of Pennsylvania
v.
Gerardo Cruzs Hernandez

**Warrant Control No: 38115-AW-0000238-2014**
Docket No: MJ-38115-CR-0000020-2014
OTN: T 422156-0

## RETURN WHERE DEFENDANT FOUND

By authority of this warrant, on _____, 20 _____

    I took into custody the within named _____, and he/she is

    ☐ before you for disposition.

    ☐ In the _____ Prison.

## RETURN WHERE DEFENDANT IS NOT FOUND

    ☐ After careful search, I cannot find the within named defendant.

| Officer Costs: | |
|---|---|
| Warrant | |
| Miles @ | |
| Commitments | |
| Miles @ | |
| Conveying to hearing | |
| Miles @ | |
| Total | |

_____
(Signature of Police Officer - Name and Title)

Commonwealth of Pennsylvania
v.
Gerardo Cruzs Hernandez

**Warrant Control No: 38115-AW-0000238-2014**
Docket No: MJ-38115-CR-0000020-2014
OTN: T 422156-0

## DEFENDANT IDENTIFICATION INFORMATION

| LiveScan Tracking Number | | Social Security Number | | | SID (State Identification Number) | | FBI Number | |
|---|---|---|---|---|---|---|---|---|
| **Age** 30 | **Race** Black | **Ethnicity** Non Hispanic | **Gender** Male | **Eye Color** Brown | **Hair Color** Black | **Date of Birth** ~~████~~ | **Weight (lbs)** 200 | **Height(Ft/In)** 5' 11" |

**NCIC Extradition Code / Description:** Felony - Full Extradition Unless Otherwise Noted
Distance: 500
Comments:

| Alias | Participant Local No |
|---|---|
| | |

**Prosecution**
Commonwealth of Pennsylvania

**Distinguishing Features/Special Considerations**

### DEFENDANT LICENSE / VEHICLE INFORMATION

| License Number | | State | Expiration Date | |
|---|---|---|---|---|
| | | | | |

| Plate Number | State | Hazmat | Registration Sticker (MM/YYYY) | Comm'l Veh. Ind. | School Veh. | Oth. Veh. Cd |
|---|---|---|---|---|---|---|
| | | | | | | |

## DEFENDANT CONTACT INFORMATION

**DEFENDANT ADDRESS**

Home (Case Address)
105 Pearl Street
Norristown, PA 19401

01/18/2014 00:04 FAX                         district court 38-1-06                              ⍰0004/0013


Commonwealth of Pennsylvania            **Warrant Control No: 38115-AW-0000238-2014**
            v.                          Docket No: MJ-38115-CR-0000020-2014
Gerardo Cruzs Hernandez                 OTN: T 422156-0

| All Charge(s) | | |
|---|---|---|
| 18 § 3121 §§ A1 (Lead) | Rape Forcible Compulsion | 50 counts |
| 18 § 3121 §§ A2 | Rape Threat Of Forcible Compulsion | 50 counts |
| 18 § 3121 §§ C | Rape of Child | 20 counts |
| 18 § 3122.1 §§ B | Statutory Sexual Assault: 11 Years Older | 50 counts |
| 18 § 3123 §§ A1 | IDSI Forcible Compulsion | 3 counts |
| 18 § 3123 §§ A2 | IDSI Threat Forcible Compulsion | 3 counts |
| 18 § 903 §§ C | Conspiracy - IDSI Person Less Than 16 Yrs Age | 3 counts |
| 18 § 903 §§ C | Conspiracy - Invol. Deviate Sexual Intercourse W/Child | 3 counts |
| 18 § 6318 §§ A1 | Unlawful Contact With Minor - Sexual Offenses | 50 counts |
| 18 § 3126 §§ A2 | Indecent Assault Forcible Compulsion | 50 counts |
| 18 § 3126 §§ A7 | Indecent Assault Person Less than 13 Years of Age | 50 counts |
| 18 § 2701 §§ A1 | Simple Assault | 10 counts |
| 18 § 2701 §§ A3 | Simple Assault | 10 counts |
| 18 § 2705 | Recklessly Endangering Another Person | 10 counts |
| 18 § 2706 §§ A1 | Terroristic Threats W/ Int To Terrorize Another | 10 counts |
| 18 § 4304 §§ A1 | Endangering Welfare of Children - Parent/Guardian/Other Commits Offense | 10 counts |
| 18 § 6301 §§ A1ii | Corruption Of Minors - Defendant Age 18 or Above | 10 counts |

01/18/2014 00:05 FAX                    district court 38-1-06                    ☑0005/0013

| COMMONWEALTH OF PENNSYLVANIA COUNTY OF: MONTGOMERY | | **POLICE CRIMINAL COMPLAINT** COMMONWEALTH OF PENNSYLVANIA VS. |
|---|---|---|

Magisterial District Number: 38-1-15
MDJ: Hon. FRANCIS J. LAWRENCE JR.
Address: 200 W. MAIN ST.
NORRISTOWN PA 19401
Telephone: (610)279-3332

DEFENDANT:                    *(NAME and ADDRESS):*
GERARDO        CRUZS-        HERNANDEZ
First Name     Middle Name   Last Name            Gen.

105 PEARL ST.
NORRISTOWN PA 19401

**NCIC Extradition Code Type**

☒ 1-Felony Full                ☐ 4-Felony No Ext.          ☐ B-Misdemeanor Limited          ☐ E-Misdemeanor Pending
☐ 2-Felony Ltd.                ☐ 5-Felony Pend.            ☐ C-Misdemeanor Surrounding States   ☒ Distance: 500
☐ 3-Felony Surrounding States  ☐ A-Misdemeanor Full        ☐ D-Misdemeanor No Extradition

**DEFENDANT IDENTIFICATION INFORMATION**

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | SID | | Request Lab Services? |
|---|---|---|---|---|---|---|
| CR-20-14 | 01/17/2014 | T422156-0 | 14-290 | | | ☒ YES ☐ NO |

| GENDER | DOB (.......) | | POB MEXICO | | | Add'l DOB (.......) | | Co-Defendant(s) ☐ |
|---|---|---|---|---|---|---|---|---|
| ☒ Male | First Name | | | Middle Name | | Last Name | | Gen. |
| ☐ Female | AKA  GERARDO | | | | | CRUZ-HERNANDEZ | | |

| RACE | ☐ White | ☐ Asian | ☒ Black | ☐ Native American | ☐ Unknown |
|---|---|---|---|---|---|
| ETHNICITY | ☐ Hispanic | ☒ Non-Hispanic | | ☐ Unknown | |

| HAIR COLOR | ☐ GRY (Gray)  ☒ BLK (Black)  ☐ BLN (Blonde / Strawberry) | ☐ RED (Red/Aubn.)  ☐ ONG (Orange) | ☐ SDY (Sandy)  ☐ WHI (White) | ☐ BLU (Blue)  ☐ XXX (Unk./Bald) | ☐ PLE (Purple)  ☐ GRN (Green) | ☐ BRO (Brown)  ☐ PNK (Pink) |
|---|---|---|---|---|---|---|

| EYE COLOR | ☐ BLK (Black)  ☐ HAZ (Hazel) | ☐ BLU (Blue)  ☐ MAR (Maroon) | ☒ BRO (Brown)  ☐ PNK (Pink) | ☐ GRN (Green)  ☐ MUL (Multicolored) | ☐ GRY (Gray)  ☐ XXX (Unknown) |
|---|---|---|---|---|---|

| Driver License | State | | License Number | | Expires: / / | | WEIGHT (lbs.) |
|---|---|---|---|---|---|---|---|
| DNA | ☐ YES ☐ NO | | DNA Location | | | | 200 |
| FBI Number | | | MNU Number | | | | Ft. HEIGHT In. |
| Defendant Fingerprinted | ☐ YES ☒ NO | | | | | | 5 | 11 |
| Fingerprint Classification: | | | | | | | |

**DEFENDANT VEHICLE INFORMATION**

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) / | Comm'l Veh. Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code | Reg. same as Def. |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | ☐ |

Office of the attorney for the Commonwealth ☐ Approved   ☐ Disapproved because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

ADA JORDAN FRITTER _____          _____          / /
(Name of the attorney for the Commonwealth)            (Signature of the attorney for the Commonwealth)      (Date)

I, DETECTIVE JAMES ANGELUCCI                    189
(Name of the Affiant)                          (PSP/MPOETC -Assigned Affiant ID Number & Badge #)

of NORRISTOWN POLICE                           PA0461901
(Identify Department or Agency Represented and Political Subdivision)   (Police Agency ORI Number)
do hereby state: (check appropriate box)

1. ☒ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as _____

   ☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have
   therefore designated as John Doe or Jane Doe
   with violating the penal laws of the Commonwealth of Pennsylvania at [413]          MUNICIPALITY OF
                                                                     (Subdivision Code)   (Place-Political Subdivision)
NORRISTOWN @ 554 MAIN, 126,718 MARSHALL, 105PEARL

in MONTGOMERY          [46]          on or about  1/01/2010 THROUGH 1/14/2014
County                 (County Code)

OPC 412A -- Rev. 07/10                                                          Page 1 of __

## 🛡 POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 01/17/2014 | OTN/LiveScan Number | | Complaint/Incident Number 14-290 |
|---|---|---|---|---|
| Defendant Name | First: GERARDO | Middle: | | Last: CRUZ-HERNANDEZ |

The acts committed by the accused are described below with each Act of Assembly or statute violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | |
|---|---|---|---|---|---|---|---|---|

| ☒ | 1 | 3121 | (A)1 | TITLE 18 | 50 | F-1 | | 17 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): Rape 3121 (a)1

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | |
|---|---|---|---|---|---|---|---|---|

| ☐ | 2 | 3121 | (A)2 | TITLE 18 | 50 | F-1 | | 17 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): Rape 3121 (a)2

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | |
|---|---|---|---|---|---|---|---|---|

| ☐ | 3 | 3121 | © | TITLE 18 | 20 | F-1 | | 17 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): Rape of a Child 3121 ©

Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§ 213.1 – 213.7.

Acts of the accused: Violation of the Pennsylvania Crimes Code Title 18 PA C.S.A.

3121. Rape. (a) Offense defined.—A person commits a felony of the first degree when the person engages in sexual intercourse with a complainant:
(1) By forcible compulsion.

(2) By threat of forcible compulsion that would prevent resistance by a person of reasonable resolution.

(c) Rape of a child.—A person commits the offense of rape of a child, a felony of the first degree, when the person engages in sexual intercourse with a complainant who is less than 13 years of age.

OPC 412A – Rev. 07/10                                        Page __ of __

01/18/2014 00:07 FAX                      district court 38-1-06                      ☑0007/0013

## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 01/17/2014 | OTN/LiveScan Number | Complaint/Incident Number 14-290 |
|---|---|---|---|
| Defendant Name | First: GERADO | Middle: | Last: CRUZ-HERNANDEZ |

The acts committed by the accused are described below with each Act of Assembly or statute violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|

| ☐ | 4 | 3122.1 | (B) | TITLE 18 | 50 | F-1 | | 17 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): 3122.1. Statutory sexual assault (B)

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|

| ☐ | 5 | 3123 | (A)1 | TITLE 18 | 3 | F-1 | | 17 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): 3123. Involuntary deviate sexual intercourse. (a)1

| Inchoate Offense | ☐ Attempt 18 901 A | | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|

| ☐ | 6 | 3123 | (A)2 | TITLE 18 | 3 | F-1 | | 17 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): 3123. Involuntary deviate sexual intercourse. (a) 2

Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§ 213.1 – 213.7.

Acts of the accused: Violation of the Pennsylvania Crimes Code Title 18 PA C.S.A.

3122.1. Statutory sexual assault  (b) Felony of the first degree.--A person commits a felony of the first degree when that person engages in sexual intercourse with a complainant under the age of 16 years and that person is 11 or more years older than the complainant and the complainant and the person are not married to each other.

3123. Involuntary deviate sexual intercourse. (a) Offense defined.--A person commits a felony of the first degree when the person engages in deviate sexual intercourse with a complainant:

(1) by forcible compulsion;

(2) by threat of forcible compulsion that would prevent resistance by a person of reasonable resolution;

01/18/2014 00:08 FAX                    district court 38-1-06                    ☑0008/0013

## 🔱 POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 01/17/2014 | OTN/LiveScan Number | Complaint/Incident Number 14-290 |
|---|---|---|---|
| Defendant Name | First: GERARDO | Middle: | Last: CRUZ-HERNANDEZ |

The acts committed by the accused are described below with each Act of Assembly or statute violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | | ☒ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|---|---|

| ☐ | 7 | 3123 | (A)7 | [SOLICIT] TITLE 18 | 3 | F-1 | | 17 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone | |

Statute Description (include the name of statute or ordinance): 3123. Involuntary deviate sexual intercourse.

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | | ☒ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|---|---|

| ☐ | 8 | 3123 | (B) | [SOLICIT] TITLE 18 | 3 | F-1 | | 17 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone | |

Statute Description (include the name of statute or ordinance): 3123. Involuntary deviate sexual intercourse with a child

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|---|---|

| ☐ | 9 | 6318 | (A)1 | [SOLICIT] TITLE 18 | 50 | F-1 | | 17 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone | |

Statute Description (include the name of statute or ordinance): 6318 Unlawful contact with a minor (a)1

Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§ 213.1 – 213.7.

Acts of the accused: Violation of the Pennsylvania Crimes Code Title 18 PA C.S.A.

3123. Involuntary deviate sexual intercourse. (a) Offense defined.—A person commits a felony of the first degree when the person engages in deviate sexual intercourse with a complainant:
(7) who is less than 16 years of age and the person is four or more years older than the complainant and the complainant and person are not married to each other.

(b) Involuntary deviate sexual intercourse with a child.—A person commits involuntary deviate sexual intercourse with a child, a felony of the first degree, when the person engages in deviate sexual intercourse with a complainant who is less than 13 years of age.

6318. Unlawful contact with minor. (a) Offense defined.—A person commits an offense if he is intentionally in contact with a minor, or a law enforcement officer acting in the performance of his duties who has assumed the identity of a minor, for the purpose of engaging in an activity prohibited under any of the following, and either the person initiating the contact or the person being contacted is within this Commonwealth:
(1) Any of the offenses enumerated in Chapter 31 (relating to sexual offenses).

**OPC 412A – Rev. 07/10**                                                      Page __ of __

01/18/2014 00:09 FAX                    district court 38-1-06                    ☑0009/0013

## 🚔 POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 01/17/2014 | OTN/LiveScan Number | Complaint/Incident Number 14-290 |
|---|---|---|---|
| **Defendant Name** | First: GERARDO | Middle: | Last: CRUZ-HERNANDEZ |

The acts committed by the accused are described below with each Act of Assembly or statute violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | | ☐ Conspiracy 18 903 | | |
|---|---|---|---|---|---|---|---|---|---|

| ☐ | 10 | 3126 | (A)2 | 🔲 TITLE 18 | 50 | M-1 | | 17 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| · PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): 3126. Indecent assault

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | | ☐ Conspiracy 18 903 | | |
|---|---|---|---|---|---|---|---|---|---|

| ☐ | 11 | 3126 | (A)7 | 🔲 TITLE 18 | 50 | F-3 | | 17 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident · Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): 3126. Indecent assault

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | | ☐ Conspiracy 18 903 | | |
|---|---|---|---|---|---|---|---|---|---|

| ☐ | 12 | 2701 | (A)1 | 🔲 TITLE 18 | 10 | M-2 | | 04 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data · (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): Simple Assault 2701 (a)1

Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§ 213.1 – 213.7.

Acts of the accused: Violation of the Pennsylvania Crimes Code Title 18 PA C.S.A.

3126. Indecent assault(a) Offense defined.--A person is guilty of indecent assault if the person has indecent contact with the complainant, causes the complainant to have indecent contact with the person or intentionally causes the complainant to come into contact with seminal fluid, urine or feces for the purpose of arousing sexual desire in the person or the complainant and:

(2) the person does so by forcible compulsion;

(7) the complainant is less than 13 years of age

2701. Simple assault. (a) Offense defined.--A person is guilty of assault if he: (1) attempts to cause or intentionally, knowingly or recklessly causes bodily injury to another; (2) negligently causes bodily injury to another with a deadly weapon;

OPC 412A – Rev. 07/10                                                            Page __ of __

01/18/2014 00:10 FAX                      district court 38-1-06                      ☑0010/0013

## 🏛 POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 01/17/2014 | OTN/LiveScan Number | Complaint/Incident Number 14-290 |
|---|---|---|---|
| Defendant Name | First: GERARDO | Middle: | Last: CRUZ-HERNANDEZ |

The acts committed by the accused are described below with each Act of Assembly or statute violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|---|---|

| ☐ | 13 | 2701 | (A)3 | ▨ TITLE 18 | 10 | M-2 | | 04 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): 2701. Simple assault (a)3

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|---|---|

| ☐ | 14 | 2705 | | ▨ TITLE 18 | 10 | M-2 | | 04 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): 2705 recklessly endangering another person

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|---|---|

| ☐ | 15 | 2706 | (A)1 | ▨ TITLE 18 | 10 | M-1 | | 04 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): 2706 Terroristic threats (a)1

Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA Code §§ 213.1 – 213.7.

Acts of the accused: Violation of the Pennsylvania Crimes Code Title 18 PA C.S.A.

2701. Simple assault. (a) Offense defined.--A person is guilty of assault if he (3) attempts by physical menace to put another in fear of imminent serious bodily injury

2705. Recklessly endangering another person. A person commits a misdemeanor of the second degree if he recklessly engages in conduct which places or may place another person in danger of death or serious bodily injury.

2706. Terroristic threats. (a) Offense defined.--A person commits the crime of terroristic threats if the person communicates, either directly or indirectly, a threat to: (1) commit any crime of violence with intent to terrorize another;

---

OPC 412A – Rev. 07/10                                                                 Page ___ of ___

01/18/2014 00:11 FAX                          district court 38-1-06                          ☎0011/0013

# 🏛 POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 01/17/2014 | OTN/LiveScan Number | Complaint/Incident Number 14-290 |
|---|---|---|---|
| Defendant Name | First: GERARDO | Middle: · | Last: CRUZ-HERNANDEZ |

The acts committed by the accused are described below with each Act of Assembly or statute violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|---|---|

| ☐ | 16 | 4304 | (A)1 | TITLE 18 | 10 | F-3 | | 20 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone | |

Statute Description (include the name of statute or ordinance): 4304. Endangering welfare of children. (a)1

| Inchoate Offense | ☐ Attempt 18 901 A | · | | ☐ Solicitation 18 902 A | | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|---|---|

| ☐ | 17 | 6301 | (A)1II | TITLE 18 | 10 | F-3 | | 20 |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) ' | | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone | |

Statute Description (include the name of statute or ordinance): 6301. Corruption of minors.(a) ii

| Inchoate Offense | ☐ Attempt 18 901 A | | | ☐ Solicitation 18 902 A | · | | ☐ Conspiracy 18 903 | |
|---|---|---|---|---|---|---|---|---|

| ☐ | | | · | | | | | |
|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone | |

Statute Description (include the name of statute or ordinance):

Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§ 213.1 – 213.7.

Acts of the accused: Violation of the Pennsylvania Crimes Code Title 18 PA C.S.A.

4304. Endangering welfare of children. (a) Offense defined.— (1) A parent, guardian or other person supervising the welfare of a child under 18 years of age, or a person that employs or supervises such a person, commits an offense if he knowingly endangers the welfare of the child by violating a duty of care, protection or support.

6301. Corruption of minors.(a) Offense defined 1 (ii) Whoever, being of the age of 18 years and upwards, by any course of conduct in violation of Chapter 31 (relating to sexual offenses) corrupts or tends to corrupt the morals of any minor less than 18 years of age, or who aids, abets, entices or encourages any such minor in the commission of an offense under Chapter 31 commits a felony of the third degree.

AOPC 412A – Rev. 07/10                                                                    Page __ of __

01/18/2014 00:12 FAX                  district court 38-1-06              @0012/0013

## 🔰 POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 01/17/2014 | OTN/LiveScan Number | | Complaint/Incident Number 14-290 |
|---|---|---|---|---|
| Defendant Name | First: GERARDO | | Middle: | Last: CRUZ-HERNANDEZ |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered ___ through ___.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)

DETECTIVE JAMES ANGELUCCI      JANUARY 17TH, 2014
                                 (Date)                                     (Signature of Affiant)

AND NOW, on this date      /-17-14        I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

35-1-06
(Magisterial District Court Number)        (Issuing Authority)

SEAL

01/18/2014 00:12 FAX                    district court 38-1-06                    ☑0013/0013

 **CRIMINAL COMPLAINT**

| ocket Number: | Date Filed: 01/17/2013 | OTN/LiveScan Number: | Complaint/Incident Number: 14-290 |
|---|---|---|---|
| [redacted] | First Gerardo | Middle: | Last: Cruz-Hernandez |

## AFFIDAVIT of PROBABLE CAUSE

On 1/16/2014 a report was filed with the Norristown Police Department regarding the ongoing sexual assault of a 15 year id female born in 1998; the juvenile victim is being referred to herein as LP. LP disclosed that her stepfather Gerado Cruz-ernandez born in 1983 has been sexually assaulting her since she was age 12. LP disclosed that the sexual assaults occurred t various locations but all of these sites were located within the Municipality of Norristown, Montgomery County, ennsylvania.

On 1/17/2014 LP's mother was interviewed. LP's mother stated that her and her daughter lived with Gerardo Cruz-ernandez at 4 locations in Norristown, 2 separate addresses on W. Marshall St., Main St with the most recent being on Pearl t. LP's mother disclosed that LP was 12years old when they started living with Gerardo. LP's mother stated that in 2011 LP ame to her and told her that Gerardo wanted to force her to have sex with him and that she did have sex with him. LP's iother confronted Gerardo with the allegation and Gerardo admitted that he had engaged in sexual intercourse with LP. LP's iother stated that when she confronted Gerardo he threatened to hurt her and her daughters if she told anyone. According > LP's mother Gerardo would abuse her if she talked back and hit her with a belt so she remained quiet. LP's mother stated iat when she was pregnant Gerardo would take LP with him to work in the evenings approximately three times a week.

On 1/17/2014 LP was interviewed. LP disclosed that Gerardo has been sexually assaulting her since she was 12 years old. ierardo threatened to hurt her and her mother if she told anyone about what he was doing to her. LP disclosed that on two ccasions Gerardo burned her on her chest and told her that he would do this if she told. LP disclosed that when she was 12 ears old Gerardo had sexual intercourse with her over 20 times while they lived on Main St. When the family moved to W. iarshall St Gerardo continued to sexually assault her and engaged in sexual intercourse with her over 30 times. LP disclosed hat when she moved to the Pearl St. address Gerardo would engage in sexual intercourse with her on an almost daily basis. he majority of the sexual assaults would occur inside of the residence but sometimes he would bring her to work with him nd assault her there and other times he would sexually assault her in his black Ford Expedition. LP disclosed that while living n Pearl St. Gerardo Cruz- Hernandez engaged in sexual intercourse with her over 70 times. LP disclosed that on 2 occasion's ierardo placed his mouth on her vagina and on one occasion Gerardo placed his penis into her mouth. LP disclosed that ierardo would ejaculate inside of her and at one point she became pregnant. LP disclosed that Gerardo and her mother orced her to get an abortion. LP disclosed that on January 14th, 2014 Gerardo saw her talking to a bot on FACEBOOK. Gerardo iecame angry and struck LP with his hands and a belt. Gerardo pulled LP's hair leaving marks that were observed at her chool. After discovering that the police had been notified Gerardo fled the residence for whereabouts unknown.

Based upon the information contained within this Affidavit of Probable I respectfully request that a warrant be issued or the arrest of Gerardo Cruz-Hernandez so that he can be brought before the court in order to answer to the attached harges.

, Detective James Angelucci, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN HE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____ (Signature of Affiant)

Sworn to me and subscribed before me this  17th  day of  Jan.  20 14

1-17-14  Date  _____ District Justice

SEAL

My Commission Expires the First Monday in January, 2012 2016

PAGE 10/10                    NPD                    5102700454    01/17/2014 20:41